JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BENJAMIN JAVAHERI, an individual,

Plaintiffs,

vs.

JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,

Defendants.

Case No.: 2:25−cv−06376−SVW−SSC

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Complaint Filed: May 22, 2025
Removal Date: July 11, 2025

///

///

///

///

///

///

///

///

///

**[PROPOSED] ORDER**

The Court, having considered the signed stipulation of Dismissal with Prejudice and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

The action shall be dismissed with prejudice.

**IT IS HEREBY ORDERED**

DATED: August 11, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE